UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


Amatucci

        v.                                    Case No. 1:22-fp-102

Mullen et al

NOTICE - FILING FEE OMITTED


        Documents necessary to process your case were not included with
your filing.  You must pay the applicable filing fee or file an
Application to Proceed Without Prepayment of Fees or Costs by May 23,
2022. This matter will not be considered a civil case and no action
will be taken by the court on it until the appropriate fee has been
paid or an application to proceed without prepayment has been granted.


Filing Fee: The filing fee for your case is $402.00 ($350.00 filing
fee plus $52.00 administrative fee), and may be paid in cash, by
certified cashier or bank check or money order (made payable to Clerk,
U.S. District Court), or by credit card (Visa, MasterCard, Discover,
or American Express). The court does not accept personal checks.


Proceed Without Prepayment of Fees or Costs:  If you want to
proceed without prepayment you must complete and file an
Application to Proceed Without Prepayment of Fees or Costs, a

[USDCNH14]                               By the Court,



                                         __/s/ Charli Pappas_____
                                         [Signer]
                                         Deputy Clerk

Date: March 23, 2022

Attach:   IFP Motion