FILED - USDC -NH
2022 SEP 6 PM 12:15

5787

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Josehine Amatucci

v,

Mullen, et al                                                    CASE 1:22-00102

MOTION TO DISMISS THE LAWSUIT

1.   The Plaintiff would like the Court to dismiss the current lawsuit she file in the Court under case 1:22-00102 .

Respectfully,

Josephine Amatucci

September 2, 2022

*/s/ Josephine Amatucci*

FROM: JOSEPHINE AMATUCCI
P.O. Box 272
Wolfe Boro Falls, N.H. 03896

MANCHESTER NH 030
2 SEP 2022 PM 1 L

EUGENIE CLARK

United States District Court
District of N.H.
Office of the Clerk
55 Pleasant St.
Room 110
Concord, N.H. 03301

03301-394135